```
1   STEVEN H. GURNEE, ESQ. SB# 66056
    JOHN A. MASON, ESQ.
2   GURNEE & DANIELS LLP
    2240 Douglas Boulevard, Suite 150
3   Roseville, CA  95661-3805
    Telephone    (916) 797-3100
4   Facsimile    (916) 797-3131

5   Attorneys for Defendants

6   SERVICE CORPORATION INTERNATIONAL,
    SCI FUNERAL AND CEMETERY PURCHASING
7   COOPERATIVE, INC., SCI EASTERN MARKET
    SUPPORT CENTER, L.P. SCI WESTERN MARKET
8   SUPPORT CENTER, L.P., SCI HOUSTON MARKET
    SUPPORT CENTER, L.P., JANE D. JONES,
9   GWEN PETTEWAY, THOMAS RYAN, CURTIS BRIGGS,
    ALDERWOODS GROUP, INC., and PAUL HOUSTON
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE BRYANT, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>        Plaintiffs,<br> vs.<br><br>SERVICE CORPORATION INTERNATIONAL et al.<br><br>        Defendants.<br>_____<br><br>WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>        Plaintiffs,<br> vs. | **CASE NO.  3:08-CV-01190 SI**<br>**CASE NO.  3:08-CV-01184 SI**<br><br>**STIPULATION TO FILE DOCUMENT UNDER SEAL; [PROPOSED] ORDER** |

STIPULATION TO FILE DOCUMENT UNDER SEAL; [PROPOSED] ORDER
Case No.: 3:08-CV-01190 SI;
Case No.: 3:08-CV-01184 SI

1

| | |
|---|---|
| 1  ALDERWOODS GROUP, INC., PAUL A. | ) |
| 2  HOUSTON, SERVICE CORPORATION | ) |
|    INTERNATIONAL, SCI FUNERAL AND | ) |
| 3  CEMETERY PURCHASING | ) |
|    COOPERATIVE, INC., SCI EASTERN | ) |
| 4  MARKET SUPPORT CENTER, L.P., SCI | ) |
| 5  WESTERN MARKET SUPPORT CENTER, | ) |
|    L.P., a/k/a SCI WESTERN MARKET | ) |
| 6  SUPPORT CENTER, INC., and SCI | ) |
|    HOUSTON MARKET SUPPORT CENTER, | ) |
| 7  L.P. | ) |
| 8 | ) |
|        Defendants. | ) |
| 9 | ) |

## STIPULATION

Previously, Plaintiffs and Defendants agreed to, and the Court entered, a Stipulated Protective Order Pursuant to Fed. R. Civ. P. 26(C). *(Bryant* Docket No. 112; *Helm* Docket No. 124). That Protective Order, *inter alia,* set out a procedure permitting parties to designate certain discovery materials "CONFIDENTIAL." In response to discovery demands in this case, Defendants have designated certain documents "CONFIDENTIAL" pursuant to the Protective Order, and Plaintiffs have not currently challenged some of those designations.

Pursuant to Civil Local Rules 79-5 and 7-12, Plaintiffs and Defendants in these matters, through their undersigned counsel, hereby stipulate that in submitting Defendants' Reply in support of their pending motions to dismiss, Defendants may file under seal pursuant to the Protective Order the following documents, each of which has been designated "CONFIDENTIAL":

1. Defendants Service Corporation International, SCI Eastern Market Support Center, L.P., SCI Houston Market Support Center, L.P., Jane D. Jones, Gwen Petteway, Thomas Ryan and Curtis Briggs Reply in Support of Their Motion to Dismiss Complaint Pursuant to FRCP 12(B)(2) and FRCP 12(B)(6), which describes and quotes from materials Defendants have designated as "CONFIDENTIAL"

2. Defendants' Evidentiary Objections and Motion to Strike Portions of Plaintiffs' Consolidated Declaration of Sarah Cressman in Opposition to Defendants' Motions to Dismiss, for Partial Judgment on the Pleadings, and to Strike and Require a More Definite Statement and Motions for

STIPULATION TO FILE DOCUMENT UNDER SEAL; [PROPOSED] ORDER                                2
Case No.: 3:08-CV-01190 SI;
Case No.: 3:08-CV-01184 SI

Stay and Award of Attorney Fees and Costs Pursuant to FRCP 41(d), which describes and quotes from materials Defendants have designated as "CONFIDENTIAL"

**AGREED TO:**

| | |
|---|---|
| /s/Annette Gifford | /s/Nicholas P. Forestiere |
| Annette Gifford | Nicholas P. Forestiere |
| Thomas & Solomon LLP | Gurnee & Daniels LLP |
| 693 East Avenue | 2240 Douglas Blvd., Suite 150 |
| Rochester, New York 14607 | Roseville, CA 95661 |
| Telephone: (585) 272-0540 | Telephone: (916) 797-3100 |
| Attorneys for Plaintiffs | Attorneys for Defendants |

## ORDER

Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders that, in submitting Defendants' Reply in support of their pending motions to dismiss, Defendants may file under seal pursuant to the Protective Order the following documents, each of which has been designated "CONFIDENTIAL" by Defendants:

1. Defendants Service Corporation International, SCI Eastern Market Support Center, L.P., SCI Houston Market Support Center, L.P., Jane D. Jones, Gwen Petteway, Thomas Ryan and Curtis Briggs Reply in Support of Their Motion to Dismiss Complaint Pursuant to FRCP 12(B)(2) and FRCP 12(B)(6), which describes and quotes from materials Defendants have designated as "CONFIDENTIAL"

2. Defendants' Evidentiary Objections and Motion to Strike Portions of Plaintiffs' Consolidated Declaration of Sarah Cressman in Opposition to Defendants' Motions to Dismiss, for Partial Judgment on the Pleadings, and to Strike and Require a More Definite Statement and Motions for Stay and Award of Attorney Fees and Costs Pursuant to FRCP 41(d), which describes and quotes from materials Defendants have designated as "CONFIDENTIAL"

IT IS SO ORDERED:

_____
Honorable Susan Illston
United States District Court

STIPULATION TO FILE DOCUMENT UNDER SEAL; [PROPOSED] ORDER
Case No.: 3:08-CV-01190 SI;
Case No.: 3:08-CV-01184 SI

3