1  BURNHAM BROWN
   Robert M. Bodzin, State Bar No. 201327
2  P.O. Box 119
   Oakland, CA 94604
3  Telephone: (510) 835-6833
   Facsimile:  (510) 835-6666
4  rbodzin@BurnhamBrown.com

5  Attorneys for Plaintiffs

6  [Additional Counsel Appear on Signature Page]

7
              UNITED STATES DISTRICT COURT
8
              NORTHERN DISTRICT OF CALIFORNIA
9

10

11 WILLIAM HELM, DEBORAH PRISE,           ) CASE NO.  3:08-CV-01184 SI
   HEATHER P. RADY, et al., on behalf of  )
12 themselves and all other employees and former )
   employees similarly situated,          )
13                                         ) [PROPOSED] ORDER EXTENDING
                    Plaintiffs,            ) TIME TO SUBMIT RESPONSIVE AND
14                                         ) REPLY BRIEFING
   v.                                      )
15                                         )
   ALDERWOODS GROUP, INC.,                 )
16                                         )
                    Defendant.             )
17                                         )
   _____ )
18

19         Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders

20 as follows:

21     1.   Plaintiffs' response to Defendant's Motion to Sever Misjoined Plaintiffs Pursuant to

22 FRCP 21 shall be filed and served no later **Monday, May 17, 2010**; and further,

23     2.   Defendant's reply to that motion shall be filed and served no later than **Monday,**

24 **May 24, 2010**.

25

26

27

28

   [PROPOSED] ORDER EXTENDING TIME              CASE NO.:  3:08-CV-01184 SI
                                    1

1  IT IS SO ORDERED:                    Honorable Susan Illston
2                                       United States District Court
3                                       _____
4

5  AGREED TO:
6

7

8  By: /s/ Annette Gifford              By: /s/ John A. Mason
       J. Nelson Thomas (*pro hac vice*)     Steven H. Gurnee
9      Patrick J. Solomon (*pro hac vice*)   Nicholas P. Forestiere
       Annette Gifford (*pro hac vice*)      John A. Mason
10     THOMAS & SOLOMON LLP                  GURNEE & DANIELS LLP
       693 East Avenue                       2240 Douglas Blvd, Suite 150
11     Rochester, NY  14607                  Roseville, CA 95648
12     Telephone:  585-272-0540              Telephone:  916-797-3100
       Facsimile:  585-272-0574              Facsimile:  916-797-3131
13
       Robert M. Bodzin, State Bar No. 201327   Counsel for Defendant
14     BURNHAM BROWN
       P.O. Box 119
15     Oakland, CA 94604
       Telephone: (510) 835-6833
16     Facsimile:  (510) 835-6666
17
       Charles H. Saul (*pro hac vice*)
18     MARGOLIS EDELSTEIN
       525 William Penn Place
19     Suite 3300
       Pittsburgh, PA 15219
20     Telephone:  412-281-4256
21     Facsimile:  412-642-2380

22     Counsel for Plaintiffs

[PROPOSED] ORDER EXTENDING TIME                CASE NO.:  3:08-CV-01184 SI

2