1  BURNHAM BROWN
   Robert M. Bodzin, State Bar No. 201327
2  P.O. Box 119
   Oakland, CA 94604
3  Telephone: (510) 835-6833
   Facsimile:  (510) 835-6666
4  rbodzin@BurnhamBrown.com

5  Attorneys for Plaintiffs

6                        UNITED STATES DISTRICT COURT

7                       NORTHERN DISTRICT OF CALIFORNIA

8                        SAN FRANCISCO/OAKLAND DIVISION

9

10 WILLIAM HELM, DEBORAH PRISE,              ) Case No. CV 08-1184-SI
   HEATHER P. RADY, et al., on behalf of     )
11 themselves and all other employees and former ) **[PROPOSED] ORDER GRANTING**
   employees similarly situated,             ) **PLAINTIFFS' REQUEST FOR CASE**
12                                            ) **MANAGEMENT CONFERENCE**
                   Plaintiffs,                )
13                                            )
   v.                                         )
14                                            )
   ALDERWOODS GROUP, INC.,                   )
15                                            )
                                              )
16                 Defendant.                 )
                                              )
17

[PROPOSED] ORDER GRANTING CASE MANAGEMENT CONFERENCE         Case No. CV 08-1184 SI

1  AND NOW this ____day of May, 2010, upon consideration of Plaintiffs' Request for Case
2  Management Conference, it is hereby ORDERED that this case is set for a Case Management
3  Conference on __6/4/10_____ at 3:00 p.m.
4
5  Dated: _____      _/s/ Susan Illston_____
6                                      Honorable Susan Illston
7                                      United States District Court
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING CASE MANAGEMENT CONFERENCE                Case No. CV 08-1184 SI