1  BURNHAM BROWN
   Robert M. Bodzin, State Bar No. 201327
2  P.O. Box 119
   Oakland, CA 94604
3  Telephone: (510) 835-6833
   Facsimile:  (510) 835-6666
4  rbodzin@BurnhamBrown.com

5  Attorneys for Plaintiffs

6  [Additional Counsel Appear on Signature Page]

7
                        UNITED STATES DISTRICT COURT
8
                       NORTHERN DISTRICT OF CALIFORNIA
9

10

11 | WILLIAM HELM, DEBORAH PRISE, ) | CASE NO.  3:08-CV-01184 SI
   | HEATHER P. RADY, et al., on behalf of )
12 | themselves and all other employees and former )
   | employees similarly situated, )
13 |                                              ) | **[PROPOSED] ORDER CONTINUING**
   |                Plaintiffs,                   ) | **CASE MANAGEMENT CONFERENCE**
14 |                                              )
   | v.                                           )
15 |                                              )
   | ALDERWOODS GROUP, INC.,                      )
16 |                                              )
   |                Defendant.                    )
17 |                                              )
   |                                              )
18 |                                              )
   |_____)
19

20      Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as

21 follows:

22      1.    The date for the further Case Management Conference, previously set for July 30,

23 2010 is moved to **September 10, 2010 at 3:00 p.m.**

24

25

26

27

28
   [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
                                1

   Case No.:  3:08-CV-01184 SI

**IT IS SO ORDERED:**

_[signature: Susan Illston]_

Honorable Susan Illston
United States District Court

**AGREED TO:**

Dated: July 21, 2010

| | |
|---|---|
| By:  /s/ Sarah Cressman | By:  /s/ John A. Mason |
| J. Nelson Thomas (*pro hac vice*) | Steven H. Gurnee |
| Patrick J. Solomon (*pro hac vice*) | Nicholas P. Forestiere |
| Annette Gifford (*pro hac vice*) | John A. Mason |
| Sarah Cressman (*pro hac vice*) | GURNEE & DANIELS LLP |
| THOMAS & SOLOMON LLP | 2240 Douglas Blvd, Suite 150 |
| 693 East Avenue | Roseville, CA 95648 |
| Rochester, NY  14607 | Telephone:  916-797-3100 |
| Telephone:  585-272-0540 | Facsimile:  916-797-3131 |
| Facsimile:  585-272-0574 | |
| | Counsel for Defendant |
| Robert M. Bodzin, State Bar No. 201327 | |
| BURNHAM BROWN | |
| P.O. Box 119 | |
| Oakland, CA 94604 | |
| Telephone: (510) 835-6833 | |
| Facsimile:  (510) 835-6666 | |
| | |
| Charles H. Saul (*pro hac vice*) | |
| Liberty J. Weyandt (*pro hac vice pending*) | |
| Kyle T. McGee (*pro hac vice*) | |
| MARGOLIS EDELSTEIN | |
| 525 William Penn Place | |
| Suite 3300 | |
| Pittsburgh, PA 15219 | |
| Telephone:  412-281-4256 | |
| Facsimile:  412-642-2380 | |
| | |
| Counsel for Plaintiffs | |

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
2

Case No.:  3:08-CV-01184 SI