1  BURNHAM BROWN
   Robert M. Bodzin, State Bar No. 201327
2  P.O. Box 119
   Oakland, CA 94604
3  Telephone: (510) 835-6833
   Facsimile:  (510) 835-6666
4  rbodzin@BurnhamBrown.com

5  Attorneys for Plaintiffs

6  [Additional Counsel Appear on Signature Page]

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10

11 | WILLIAM HELM, DEBORAH PRISE, | ) | CASE NO.  3:08-CV-01184 SI |
   | HEATHER P. RADY, et al., on behalf of | ) | |
12 | themselves and all other employees and former | ) | |
   | employees similarly situated, | ) | |
13 |  | ) | **[PROPOSED] ORDER CONTINUING** |
   | Plaintiffs, | ) | **CASE MANAGEMENT CONFERENCE** |
14 |  | ) | |
   | v. | ) | |
15 |  | ) | |
   | ALDERWOODS GROUP, INC., | ) | |
16 |  | ) | |
   | Defendant. | ) | |
17 |  | ) | |
   |  | ) | |
18 |  | ) | |
   |  | ) | |
19

20      Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as

21 follows:

22      1.    The date for the further Case Management Conference, previously set for December

23 16, 2010 is continued to **February 18, 2011 at 3:00 p.m.**

24

25

26

27

28
   [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
                                    1

   Case No.:  3:08-CV-01184 SI

**IT IS SO ORDERED:**

Dated: _____         _____
                                                                Honorable Susan Illston
                                                                United States District Court

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
2
Case No.:  3:08-CV-01184 SI